UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH S. JARVIS, individually and as
personal representative of the Estate of
KRISTINE MIHELICH, deceased

    Plaintiff,

v.                    Case No. 12-CV-11804
                     Honorable Denise Page Hood

JESSICA R. COOPER, individually and in her
official capacity as Oakland County Prosecutor;
PAUL WALTON, individually and in his official
capacity as Assistant Oakland County Prosecutor;
MICHAEL J. BOUCHARD, individually and in
his official capacity as Oakland County Sheriff,
MICHAEL G. McCABE, individually and in his
official capacity as Oakland County Undersheriff;
Detective Sgt. DAVID ROBERTSON, Michigan
State Police, individually; Detective Sgt. DENISE
POWELL, Michigan State Police, individually;
Trooper DARBY J. O'DELL, Michigan State
Police, individually; and OAKLAND COUNTY,
a political sub-unit of the State of Michigan,

    Defendants.

                            /

**JUDGMENT**

   **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this

date March 28, 2013, this cause of action is **DISMISSED.** Accordingly, judgment is entered in favor

of Defendants and against Plaintiff.

  Dated at Detroit, Michigan this 28th day of March, 2013

               DAVID J. WEAVER
               CLERK OF THE COURT

               BY: s/LaShawn Saulsberry

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon counsel of record on March 28, 2013, by electronic and/or ordinary mail.

       S/LaShawn R. Saulsberry
       Case Manager